UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>JOHN G. JAGER, JR.;<br><br>     Debtor. | CASE NO. 16-00921<br><br>STIPULATED ORDER<br>ON MOTION FOR<br>RELIEF FROM AUTOMATIC<br>STAY |

NOW, this matter comes on before the Court upon the Motion for Relief from Automatic Stay (the 'Motion') filed by Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ('Secured Creditor'), and the Court having read the pleadings finds that the Debtor is in default for failure to make post-petition mortgage payments due on the mortgage held by Secured Creditor, but that the automatic stay arising by operation of 11 U.S.C. 362(a) should not be lifted at this time.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. That the parties have stipulated that the Motion be denied at this time.

2. That the Debtor has agreed to the following:

    a. As of July 31, 2017, Debtor is post-petition delinquent in the amount of $17,955.86.

    b. Debtor has a Suspense Balance in the amount of $76.87 with Secured Creditor.

    c. Debtor also owes bankruptcy attorney fees and costs of $1,031.00.

    d. Debtor will cure said defaults totaling $18,909.99 by making payments in accordance with the following schedule:

        i.  $3,151.69 on or before August 15, 2017;
        ii.  $3,151.66 on or before September 15, 2017;
        iii.  $3,151.66 on or before October 15, 2017;
        iv.  $3,151.66 on or before November 15, 2017;
        v.  $3,151.66 on or before December 15, 2017;
        vi.  $3,151.66 on or before January 15, 2018;

3. That should the Debtor fail to bring the loan current according to the payment schedule set forth above, or should the Debtor again be in default by more than thirty (30) days on the post-petition payments, that with the filing of an Affidavit so stating, the Court shall issue an Order lifting the automatic stay.

Dated and Entered:  August 14, 2017

_____
U.S. Bankruptcy Judge

| Approved as to form:<br><br>/s/ Benjamin W. Hopkins<br>Benjamin W. Hopkins    IS#9999346<br>Ryan C. Holtgraves        IS#6664510<br>1350 NW 138th Street, Suite 100<br>Clive, IA  50325-8308<br><br>Attorneys for Creditor | /s/ Wil L. Forker<br>Wil L. Forker<br>701 Pierce Street, Suite 303<br>Sioux City, IA 51105<br><br>Attorney for Debtor |
|---|---|
| /s/ Carol F. Dunbar<br>Carol F. Dunbar<br>531 Commercial Street, Suite 500<br>Waterloo, IA 50701<br><br>Trustee | |